UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAMAINE A. HARRISON (#3567)

VERSUS

McDONALD'S RESTAURANT, INC., ET AL.

CIVIL ACTION

NO. 15-31-JWD-RLB

# O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 7, 2015 to which no objection was filed:

**IT IS ORDERED** that the plaintiff's Complaint be dismissed pursuant to 28 U.S.C. §§ 1915(e) and 1915A for lack of jurisdiction and as frivolous and for failure to state a claim upon which relief may be granted, reserving to the plaintiff any state law claims that he may have.[1]

Signed in Baton Rouge, Louisiana, on May 29, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

1. The Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "[i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."