**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

TRAMAINE A. HARRISON (#3567)

CIVIL ACTION

VERSUS

NO. 15-31-JWD-RLB

McDONALD'S RESTAURANT, INC., ET AL.

## O P I N I O N

On June 10, 2015, the Court's previous Opinion and Judgment was vacated in this matter, and the Clerk of Court re-issued the Report and Recommendation by the Magistrate Judge to the Plaintiff at his new address (Doc. 10). On August 3, 2015, the Court received a motion from Plaintiff to get up to date with Various Cases (Doc. 11). The Court denied this motion as the Plaintiff failed to specify what deadline he seeks to have extended and does not show good cause (Doc. 12). As of this date, the Court has not received any objection from Plaintiff. After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 7, 2015 to which no objection was filed:

**IT IS ORDERED** that the Plaintiff's Complaint is dismissed pursuant to 28 U.S.C. §§ 1915(e) and 1915A for lack of jurisdiction and as frivolous and for failure to state a claim upon which relief may be granted, reserving to the plaintiff any state law claims that he may have.[1]

Signed in Baton Rouge, Louisiana, on August 24, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

1. The Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "[i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."